# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-10138

United States Court of Appeals
Fifth Circuit
**FILED**
January 8, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 3:12-CV-1612

SAMANTHA DIGGS,

    Plaintiff - Appellant

v.

CITIGROUP, INCORPORATED,

    Defendant - Appellee



Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before STEWART, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: January 30, 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Claudea Farrington
Deputy  1/30/14

New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 30, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



No. 13-10138   Samantha Diggs v. Citigroup, Incorporated  
                USDC No. 3:12-CV-1612

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Claudia N. Farrington, Deputy Clerk  
504-310-7706

cc w/encl:  
    Mr. John Henry Crouch IV  
    Honorable Sam A. Lindsay  
    Ms. Kristin Michelle Snyder  
    Ms. Denise Cotter Villani

P.S. to Judge Lindsay:  A copy of the opinion was sent to your office via email the day it was filed.